# EXHIBIT 10

AMERICAS

# Detained Colombia hacker outlines alleged political plot against peace process

By Jim Wyss

AUGUST 25, 2014 9:28 AM

President Juan Manuel Santos on Monday called for a thorough investigation into allegations that the political party of former President Alvaro Uribe was using classified intelligence to derail ongoing peace talks with the country's largest guerrilla group.

Santos called the allegations published by *Semana* magazine Sunday "chilling" and said they needed to be cleared up "for the good of democracy and the good of justice."

The reaction comes after Andrés Sepúlveda, an alleged hacker who has been in custody since May, told *Semana* in a jailhouse interview that he had been hired by Uribe's Centro Democrático party to help undermine the talks and support the presidential bid of the party's candidate Oscar Iván Zuluaga.

In the interview, Sepúlveda said he was ordered to use his skills to turn the armed forces and public opinion against the peace process with the Revolutionary Armed Forces of Colombia (FARC) guerrillas in Havana. To do that, he said he purchased classified information from military intelligence and other groups that he fed to party officials.

---

### Hurricane Alerts and Breaking News

Get the latest alerts by email

Enter Email Address

SIGN UP

---

"The goal of the strategic plan against the peace process was to end the process by any means possible, regardless of the consequences," he said.

ADVERTISING

Replay

Learn more

Sepúlveda said that he provided members of Zuluaga's campaign information about the FARC's negotiating team, including private emails. But he said the Centro Democrático party was also receiving classified information gleaned from the hacked communications of government negotiators in Cuba.

On Monday, Zuluaga called the allegations "completely false."

"Our campaign never asked for, requested or received that type of information," he told local television.

Uribe, who led the country from 2002-2010 and is currently a senator, turned to Twitter to deny the charges and accuse the Santos administration of leading a vendetta against his nascent political party. He also accused the government of trying to hide its own misdeeds.

"They invented the hacker to cover up the drug money that went to advisers of Santos and his campaign," he wrote in one of more than a dozen tweets.

Santos didn't refer to Zuluaga or Uribe directly on Monday, but said the allegations were troubling.

"I read [the article] and it worried me greatly, it seemed scandalous," he said. "And what it demonstrates is the existence of a criminal enterprise."

The hacker scandal first emerged in May soon after Zuluaga won the first round of a heated presidential race against Santos. At the time, *Semana* published a surreptitious video that seemed to show Sepúlveda sharing what he claimed was classified information with Zuluaga.

Initially, Zuluaga said the video was fake but has since accused Sepúlveda of "infiltrating" his election team as part of a dirty tricks campaign. Santos won the June 15 race with 51 percent of the vote versus Zuluaga's 45 percent, thanks in part to the scandal.

Shortly after his detention, Sepúlveda told the inspector general's office that he was being pressured by the attorney general to provide damning evidence against Zuluaga and Uribe. In Sunday's interview, however, Sepúlveda retracted the statement, saying that it had been prompted by the inspector general, a staunch Uribe ally.

In a statement Sunday, Inspector General Alejandro Ordóñez said Sepúlveda's new claims were false and that Sepulveda's own brother had backed the story about the hacker being offered leniency by the attorney general in exchange for testifying against Zuluaga and Uribe.

In Sunday's interview, Sepúlveda said he was going public with the allegations because he felt "abandoned" by his one-time allies in the Centro Democrático party and is facing death threats. *Semana* said that Sepulveda often sleeps with a bullet proof jacket and a bullet proof blanket despite being in the attorney general's bunker-like detention facility.

The interview comes as the government and FARC negotiators are, perhaps, closer than ever to finding a negotiated solution to the country's 50-year civil conflict. This month, victims of the violence joined the talks, which have been going on for 21 months. In addition, a delegation of military officers traveled to the island to begin designing a ceasefire strategy that would take place if the deal is clenched.

Santos staked his reelection on the peace process even as his critics, including Uribe, accused him of turning a blind-eye to FARC atrocities in the interest of clenching a deal.

Santos was Uribe's former minister of defense and the two were longtime allies. However, since Santos took the presidency in 2010 Uribe has emerged as his most powerful critic, taking him to task over the peace talks and his rapprochement with neighboring Venezuela.

On Monday, Uribe suggested that the new scandal was designed to cover up what he sees as the failure of the talks.

"You have to recognize that [Santos] got the country talking about the 'hacker' and forget about the messy Cuban farce," he wrote Monday.

**Never miss a local story.**

Sign up today for a free 30 day free trial of unlimited digital access.

SUBSCRIBE NOW

## IN OTHER NEWS | Equifax faces lawsuits after hack, stock tumbles



**SUGGESTED FOR YOU**



Why Hollywood Won't Cast Cameron Diaz Anymore



This Is What Would Happen If North Korea Launched a Real Attack



15 Famous People Who May Never Have Existed



Teen Surfer Dies While Riding Waves During Hurricane Irma



'Alaskan Bush People' Ami Brown Makes Grim Announcement



What the Aides of the White House Call Ivanka Trump

# EXHIBIT 11



# Scandals taint Colombian presidential race

Advisers to incumbent Juan Manuel Santos and main challenger Óscar Iván Zuluaga separately forced to resign

**Sibylla Brodzinsky in Bogotá**

Monday 12 May 2014 07.56 EDT

Damning accusations of espionage and payoffs from drug lords have tainted Colombia's presidential campaign, with advisers to the top two candidates resigning in separate scandals that could keep already indifferent voters away from the ballot boxes.

President Juan Manuel Santos, who will seek a second term later this month on promises to make peace with leftwing rebels of the Revolutionary Armed Forces of Colombia (Farc), is the frontrunner, but polls suggest he lacks the support to avoid a runoff.

His closest rival, Óscar Iván Zuluaga, the candidate of the rightwing Democratic Centre party, has been sharply critical of negotiations with the Farc, which has been fighting the state for half a century.

Neither candidate has managed to whip up much voter enthusiasm in the runup to the vote on 25 May, with Santos polling at about 30% and Zuluaga 20%. Both campaigns could see their support

slip further because of the swirl of scandal and mudslinging.

Santos's campaign was hit by allegations that his political strategist, Juan José Rendón, had accepted $12m (£7m) to act as a broker for drug lords to surrender in exchange for not being extradited to the US. Rendón, who resigned last week, acknowledged having been contacted by the *capos* but denied accepting any money.

A day later Colombia's attorney general charged a member of the Zuluaga campaign's social media team, Andrés Sepúlveda, with illegally intercepting communications of government and Farc negotiators in an attempt to sabotage the peace talks.

Zuluaga denied his campaign had hired Sepúlveda for that purpose and tried to distance himself from any wrongdoing by the self-described ethical hacker. His campaign chief, Luís Alfonso Hoyos, resigned, however, after revelations that he and Sepúlveda had offered confidential information on supposed Farc campaigning on behalf of Santos to a local news programme.

Capping the week of scandals, the former president Álvaro Uribe, a one-time ally of Santos who is today his fiercest critic, accused Rendón of using $2m of the money he supposedly received from the drug lords to help Santos's 2010 election campaign cover debts. He said he would offer proof to prosecutors, but failed to appear at a hearing on Monday.

Santos called the allegations "absolutely absurd" and said Uribe did not go to the prosecutor's office because he could not prove his allegations. Uribe, however, called on the attorney general and his deputy to recuse themselves and told reporters that he would instead present evidence to the inspector general, a staunch ally of the former president.

Both campaigns have accused the other of using the scandals to taint the election. "I never thought the enemies of peace would go this far," Santos said. "There is a plot against our campaign," Zuluaga said.

Fernando Cepeda, a political analyst, said the scandals were likely to hit turnout. "This sort of thing disappoints people if they don't look at the dirty campaigning with a critical eye," he said.

Other candidates – Enrique Peñalosa of the centre-left Green Alliance, Marta Lucía Ramírez of the Conservative party, and Clara López of the leftist Alternative Democratic Pole party – may benefit.

Even before the scandals, opinion polls suggested that as many as 17% of voters planned to cast a blank ballot. Even more may just stay away.

Jaime Sanabria, an engineering student, had planned to vote for the first time this year, but now he says he might just stay home. "Politics like this make me sick," he said.

# Since you're here …

… we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters – because it might well be your perspective, too.

I appreciate there not being a paywall: it is more democratic for the media to be available for all and not a commodity to be purchased by a few. I'm happy to make a contribution so others with less means still have access to information. *Thomasine F-R.*

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure.

Become a supporter

Make a contribution

Topics

- Colombia
- Americas
- Farc
- Drugs trade
- news

# EXHIBIT 12





**#TECHNOLOGY NEWS**
JANUARY 7, 2015 / 7:34 AM / 3 YEARS AGO

# Pro-Russian group claims cyber attack on German government websites

Michelle Martin, Erik Kirschbaum

**LIVE UPDATES**

Irma going to have an 'unbelievable impact" - Florida governor

German Chancellor Angela Merkel attends a session of the lower house of parliament Bundestag in Berlin, December 18, 2014. REUTERS/Hannibal Hanschke

BERLIN (Reuters) - German government websites, including Chancellor Angela Merkel's page, were hacked on Wednesday in an attack claimed by a group demanding Berlin end support for the Ukrainian government, shortly before their leaders were to meet.

Authorities took counter-measures but failed to halt the attack, which left the sites periodically inaccessible from 10 a.m. (0900 GMT), her spokesman Steffen Seibert said. Screens gave internet users error messages instead.

It was believed to be the first successful prolonged attack on the government's websites, which intelligence agency officials say face about 3,000 such hacker assaults daily.

The head of the BfV domestic intelligence agency said recently about five of the daily attacks came from foreign intelligence agencies.

Wednesday's hacking, which also knocked out the foreign ministry's website, came just before a meeting in Berlin between Ukraine's Prime Minister Arseny Yatseniuk and German President Joachim Gauck. Yatseniuk will meet Merkel on Thursday.

"Our service provider's data centre is under a severe attack that has apparently been caused by a variety of external systems," Seibert told a news conference when asked if Ukrainian hackers were responsible.

He said he had no other details. Germany has been a firm supporter of Kiev throughout its confrontation with Russia, which Kiev accuses of aiding armed separatists in eastern Ukraine.

German Chancellor Angela Merkel arrives for a cabinet meeting at the Chancellery in Berlin, January 7, 2015. REUTERS/Fabrizio Bensch

In a statement on its website, a group calling itself CyberBerkut claimed responsibility.

"Berkut" is a reference to the riot squads used by the government of Ukraine's former pro-Russian President Viktor Yanukovich, who was ousted during violent protests last February.

"CyberBerkut has blocked German Chancellor and the Bundestag's (lower parliamentary house) websites," it said on www.cyber-berkut.org.

The claim could not be independently verified.

"We appeal (to) all people and (the) government of Germany to stop financial and political support of criminal regime in Kiev, which unleashed a bloody civil war," it said.

The attack comes after U.S. investigators said they believed North Korea had probably hired

Seibert said the goal of Wednesday's hackers was evidently to overload servers that administer the government's websites such as www.bundeskanzlerin.de, www.bundesregierung.de and www.cvd.bundesregierung.de.

The websites, which include general information, speeches and podcasts from the chancellor and general government information, are used by journalists and the public.

Additional reporting Alexandra Hudson and Andreas Rinke; editing by Andrew Roche

*Our Standards:   The Thomson Reuters Trust Principles.*

#WORLD NEWS
SEPTEMBER 10, 2017 / 9:22 AM / UPDATED 4 HOURS AGO

# Ex-Georgian leader Saakashvili's train halted near Ukraine border

# EXHIBIT 13

Politics

Home  Video  Politics  U.S.  Opinion  Business  Entertainment  Tech  Science  Health  Travel  Lifestyle  Wo

- WATCH LIVE -

## VICE PRESIDENT PENCE SPEAKS AT FEMA HEADQUARTERS

Launch Live Player

Politics Home      Executive      Senate      House      Defense      Judiciary      Fox News Poll

### ELECTIONS

# Hack the vote: Cyber experts say ballot machines targets



By **Malia Zimmerman**
Published June 14, 2015
**Fox News**



Experts say voting machines could be susceptible to hacking. (AP)

The recent cyber theft of millions of personnel records from the federal government was sophisticated and potentially cri rudimentary skills could easily do even more damage by targeting voting machines, according to security experts.

Voter fraud is nearly as old as elections themselves, and different states and precincts use different voting systems and cases, even the electronic ballots could be manipulated remotely, according to a new report by the Commonwealth Secu for the Virginia Information Technologies Agency. That report found that the AVS WINVote machines Virginia has used s security that an amateur hacker could change votes from outside a polling location.

> ## "Our entire democracy depends on systems with minimal, easily bypasse
>
> - Cris Thom

"This means anyone could have broken into the machines from the parking lot," said Cris Thomas, a strategist with the ( Network Security, one of the nation's leading cyber and enterprise security firms. "Our entire democracy depends on sys bypassed security."

The report was commissioned after one precinct in Virginia reported "unusual activity with some of the devices used to ( November's statewide elections.

"Security deficiencies were identified in multiple areas, including physical controls, network access, operating system co the voting tally process," the report found. "The combination of critical vulnerabilities in these areas, along with the ability discretely, is considered to present a significant risk. This heightened level of risk has led VITA security staff to conclude could be able to alter votes on these devices. These machines should not remain in service."

Mississippi and Pennsylvania decertified the machines years ago, because they used an outdated version of Windows t since 2004 and had default passwords that could allow for wifi access, Thomas noted.

The report is "very alarming," said Hans von Spakovsky, manager of Election Law Reform Initiative and senior legal fello Foundation, noting while there is no evidence that a Virginia election was compromised because of these security vulnere machines, but there is no way to really know.

"Anyone who thinks that there are not folks out there – from lone hackers to foreign governments – who are willing to ex vulnerabilities of our election system is living in a fantasy world," said von Spakovsky, who co-authored the book, "Who's and Bureaucrats Put Your Vote at Risk."

Similar vulnerabilities have been previously discovered in machines from Diebold, Premier Elections Solutions, Sequoia Thomas said. FoxNews.com reported in 2011 about problems with Diebold Accuvote TS electronic voting machines.

The problems fall into two areas, Thomas said. Manufacturers are not sufficiently testing systems before selling them to off-the-shelf hardware and software with minimal security; and local government certification agencies seldom have the to properly test machines for vulnerabilities and often just accept the manufacturer's claims for security.

The National Institute of Standards and Technology and the Election Assistance Commission has a program to help mu machines, but, Thomas noted, participation in the program is voluntary.

Reports in Virginia and other states over the past few years about the low quality of the software and hardware used in ( make it even more important that the standards for such machines be upgraded, said von Spakovsky.

John Fund, co-author of two books on voter fraud, agreed.

"We trust ATM's with our money, but companies spend a lot on the technology to make them reliable," said Fund, who d vulnerabilities in his book, "Who's Counting? How Fraudsters and Bureaucrats Put Your Vote at Risk." "We spend a tent our voting machines even though they carry the currency of our democracy. We need to spend more on them to increas results."

Many critics to call for voting machines to have a voter-verified paper audit trail to allow the voter to verify that the vote t vote they placed, however, Thomas noted while they do offer one more layer and allow for an audit trail, VVPATs are not increase costs, and can be difficult to install and manage.

A "better alternative", von Spakovsky said, is the opti scan ballot, which counts votes at the speed of a computer scanne paper ballots so any question over the software or other issues can easily be resolved.

Evidence that the interest in tampering with U.S. elections could extend beyond our shores came recently when the fede
dozens of books found in Usama bin Laden's Pakistan compound during the May 2, 2011 raid in which the terror kingpin

Among the titles was "Black Box Voting: Ballot Tampering in the 21st Century," by Bev Harris.

*Malia Zimmerman is an award-winning investigative reporter focusing on crime, homeland security, illegal immigration a*
*corruption. Follow her on twitter at @MaliaMZimmerman*

# You Might Also Like



**Could This Be the Biggest Stock of 2017?**
*Sponsored | Stock Report*



**Brett Favre's Life Was An Absolute
Rollercoaster, Now His Daughter & Wife...**
*Sponsored | Worldation*



**The Unmasking Co
Biggest US Scanda**
*Fox Business Politics*



**Three Women Turn Down Largest Deal in
TV History**
*Sponsored | lifeafter50s.com*



**This Could be the Biggest Stock of 2017 -
Investor Daily**
*Sponsored | investor-daily*



**Nadia Comaneci's
Her Fans [[Gallery**
*Sponsored | Worldation*

## Sponsored Stories

- **Military Wife Surprises Returning Husband With Stunning News**
  *lifeafter50s.com*

- **Raquel Welch Just Turned 77 & is Unrecognizable Today [Gallery]** *Its
  The Vibe*

- **If You Own A Home, You Are Entitled To A $4,264 Rebate Check!
  Must...** *The Better Finance*

- **The Reason Steven Seagal is Basically Unhireable Today** *Worldation*

- **'Game Of Thrones' Characters Ordered From Smallest To Tallest is...**
  *OMG!*

## More from Fox News

- **USS John S. McCain collision: Navy warsl**
  *Politics - Video*

- **Kim Kardashian posts nude photo of her o**
  *Fox News Entertainment*

- **Great white sharks tear into whale carcas**

- **Holocaust Museum removes study that cri
  Obama's...** *Fox News Politics*

- **Stephen Colbert slammed for claims Trum
  Hurricane...** *Fox News Entertainment*

- **Oversupply Means You Can Now Strike Unbeatable Car Deals** *Yahoo! Search*
- **Air Force names first female enlisted pilot** *Video*

Ad Content by

# Watch Now...



**Rick Reichmuth explains Hurricane Irma's troubling track**



**Media attacks Ivanka Trump for latest appearance in North Dakota**



**House Judiciary chair calls for second special counsel to probe Democrats**

## Conversation (1)

Sort by **Newest** ▾

Add a comment...

**tomb215** 

It is known since Lil' Bush's reelection that devices made from components bought from someone like Radio Shack can make remote gizmo that can change selections in a voting machine by someone sitting in the parking lot. Many articles on this.

Reply · Share · 👍 👎

Terms · Privacy

Add Spot.IM to your site ·

Site Index

This material may not be published, broadcast, rewritten, or redistributed. ©2017 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.

# EXHIBIT 14


NPR 24 Hour Program Stream

it's all **politics**

# Vulnerable Voting Machine Raises Questions About Election Security

Listen · 3:50    ( Queue )    Download
Transcript

April 16, 2015 · 5:03 AM ET
Heard on Morning Edition


PAM FESSLER


Voters in Los Angeles County, Calif., cast their ballots in 2012.
*Frederic J. Brown/AFP/Getty Images*

Computer security experts have warned for years that some voting machines are vulnerable to attack. And this week, in Virginia, the state Board of Elections decided to impose an immediate ban on touchscreen voting machines used in 20 percent of the state's precincts, because of newly discovered security concerns.

The problems emerged on Election Day last November in Spotsylvania County. The AVS WINVote touchscreen machines used in precinct 302 began to shut down.

"One machine would go and crash. They'd bring it back up. Another one would crash," said Edgardo Cortes, the state's elections commissioner. "Starting in the early afternoon, they brought in a piece of replacement equipment that experienced the same issues when they set it up in the precinct."

Cortes added that elections workers had a theory about what had caused the problem.

"There was some interference," he said, "potentially from a wireless signal from an election officer [who] was streaming music on their phone."

When state auditors investigated, though, they didn't find that particular problem. Instead, they found something more disturbing. While using their smartphones, they were able to connect to the voting machines' wireless network, which is used to tally votes.

Other state investigators easily guessed the system's passwords — in one case, it was "abcde" — and were then able to change the vote counts remotely without detection.

Jeremy Epstein is co-founder of Virginia Verified Voting and one of many computer experts who had warned about the security flaws. He's not at all surprised by the state's findings. He said there's no evidence that anyone has ever tampered with Virginia's voting machines, but if they had, there's no way to tell.

Epstein said the vulnerabilities could be used to create a lot of mischief, "to change the list of races, change the list of candidates, change the votes that have been recorded, change the totals recorded, things like that."

The state board of elections found that risk unacceptable and voted to decertify the equipment immediately. But the decision leaves officials in 30 counties and cities scrambling to find replacements, in some cases as early as June, when some hold primaries.

The good news, is that these machines — purchased over a decade ago — are no longer made or used anywhere else in the country. But the Virginia action comes amid growing concern that much of the nation's voting equipment is getting old and outdated and will need to be replaced soon.

Tammy Patrick is a former Arizona election official, now with the Bipartisan Policy Center in Washington, D.C. She served on a presidential commission that studied the issue.

"We don't want to be yelling fire in the crowded theater," she said. "But you also want to make sure that the voting public still has confidence that their ballots are going to be counted as cast."

Patrick said the biggest obstacle for localities will be finding enough money to buy new equipment. And that's the challenge now for Virginia localities that had hoped to eke out another election or two using the old machines.

Fairfax City officials say it will cost them about $130,000 to replace the WINVote machines. And they're upset. They never had any problems, and the city's general registrar, Kevin Linehan, thinks setting up a new voting system too quickly poses a greater risk to voters than a hypothetical hacker.

"My most vulnerable aspect of running an election is having properly trained officers of election. I'm looking at a very short timeline getting my officers trained in a whole new system," he told the state board.

Karen Alexander also isn't sure what to do. She runs elections in Powhatan County and has a primary in June. Still, she thinks the state made the right move.

"I would feel very uncomfortable using the WINVotes," she said. "I wouldn't want my voters to know what I know and feel they had to vote on these machines. The security risk is too high. "

She said her county might borrow equipment from a neighboring county to get through the primary. Or, since only a few hundred voters are expected, they might count ballots the old fashioned way — by hand.

2016 presidential race     vote

# Subscribe to the NPR Politics Podcast

**LISTEN ON NPR ONE**

**APPLE PODCASTS**

**GOOGLE PLAY MUSIC**

**STITCHER**

**RSS**

# More Stories From NPR



**POLITICS**

Iowa Caucus Results: 6 Things That Explain How It Happened



POLITICS
Cruz Deals Trump A Setback In Iowa; Clinton Narrowly Edges Out Sanders

# Popular on NPR.org



U.S.

### Irma Blasts Through Florida Keys, Turning Its Deadly Winds Toward Mainland



U.S.

### Shunning Evacuation Orders, Some Coastal Floridians Choose To See Irma Through



U.S.

### As Irma Shifts West, Powerful Winds Batter Florida Keys



**ANIMALS**

Flamingos In The Men's Room: How Zoos And Aquariums Handle Hurricanes

# NPR Editors' Picks



**TECHNOLOGY**

## Telecom Companies Turn To Drones For Help After Hurricanes



**EUROPE**

## France's Brittany Sees New Wave Of Brits Post-Brexit



**GLOBAL HEALTH**

## Mother Of 9 Goes Door-To-Door As Part Of Yemen's Anti-Cholera Brigade



MUSIC INTERVIEWS

Emperor X: 'We Are Much More Than The Sum Of The Diseases And Disabilities We Carry'

it's all **politics**

**About**
**Subscribe**

© 2017 npr

# EXHIBIT 15



# Juan Manuel Santos campaign chief resigns amid bribery allegations

Claims are published in Colombian media that JJ Rendon received US$12m to negotiate surrender of drug lords

**Associated Press in Bogota**

Tuesday 6 May 2014 01.29 EDT

The chief strategist for Juan Manuel Santos in Colombia's presidential election campaign has resigned amid allegations he took US$12m from some of Colombia's top drug lords in exchange for helping to negotiate their surrender.

The allegations against JJ Rendon were published by the Colombian newspaper El Espectador and news magazine Semana. The reports, published three weeks before the election, cited testimony from a US jail by Javier Antonio Calle, who was one of the country's most hunted drug traffickers until he turned himself in to the Drug Enforcement Administration in 2012.

Rendon acknowledged on Monday that he was approached by intermediaries of Calle and other drug bosses after Santos's 2010 election but denied taking money for communicating to Santos their offer to disarm in exchange for concessions such as protection from extradition to the US.

Police and prosecutors also acknowledged discussing the initiative with Rendon but said they rejected it out of hand. Calle ended up turning himself in to the US drug agents on the Caribbean island of Aruba a year later.

Santos was not implicated in any wrongdoing but Rendon's resignation could add complications for the incumbent Santos as he struggles to fend off rivals heading into the 25 May election. Rendon, a Venezuelan national, is one of Latin America's most prominent campaign consultants and credited with spreading underground attacks that helped Santos come from behind in a 2010 runoff to defeat Antanas Mockus.

Santos called Rendon's resignation a "gallant" gesture to avoid distracting from the campaign in its final stretch. The president said he did not know whether Rendon received payments for his mediation efforts but said he took his former aide's good word.

The office of Colombia's chief federal prosecutor said it was looking into the matter and would send prosecutors to New York to interview Calle before deciding whether to open a probe into the actions of Rendon and another Santos aide implicated in the media reports, former political adviser German Chica.

Before his surrender Calle and his brother, who also is in US custody, ran a criminal gang known as Los Rastrojos, or The Leftovers, a violent paramilitary force that dominated the cocaine trade along Colombia's border with Venezuela and other parts of the country.

# Since you're here ...

... we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters – because it might well be your perspective, too.

I appreciate there not being a paywall: it is more democratic for the media to be available for all and not a commodity to be purchased by a few. I'm happy to make a contribution so others with less means still have access to information. *Thomasine F-R.*

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure.

Support the Guardian
Topics

- Colombia
- Americas
- Drugs trade
- Juan Manuel Santos
- news

# EXHIBIT 16

**The New York Times** | https://nyti.ms/1IFI1cG

**AMERICAS**

# In Colombia, an Election May Turn on a Dirty War

By WILLIAM NEUMAN    MAY 15, 2014

CARACAS, Venezuela — With the future of peace talks with Marxist rebels on the line, the presidential election in Colombia has suddenly turned nasty, with the main candidates and their backers leveling damning charges of payoffs from drug traffickers, illegal surveillance and even attempted murder.

"This is the most embarrassing presidential campaign that we have seen in recent history," said Cecilia López, a former cabinet minister. "The trademark of this campaign is calumny and lies."

On one side is the center-right incumbent, President Juan Manuel Santos, who is seeking re-election. Mr. Santos began peace talks with the country's largest rebel group, the Revolutionary Armed Forces of Colombia, or FARC, in 2012, in an effort to end decades of bloody conflict. He has made the talks, which have yet to deliver definitive results, the centerpiece of his campaign.

His chief opponent, the right-wing candidate Óscar Iván Zuluaga, has denounced the talks as a farce and a hoax, though he has also said he might continue them if the FARC ceases all illegal activity. It was not clear what that would entail.

But the race has been overshadowed by Mr. Zuluaga's most important

supporter, Álvaro Uribe, who was president immediately before Mr. Santos and remains highly popular. Both candidates served in Mr. Uribe's cabinet, Mr. Santos as defense minister and Mr. Zuluaga as treasury minister. Mr. Uribe backed Mr. Santos when he was first elected in 2010 but now vehemently opposes him — and the peace talks.

For months, the race was shaping up as a somnolent affair, and many assumed that Mr. Santos would win fairly easily over a field of competitors that included Mr. Zuluaga and several other candidates. But in recent weeks the contest has tightened, according to opinion polls.

It appears likely that none of the candidates will win the more than 50 percent of the vote needed to be declared the victor in a first round of voting on May 25, and that Mr. Santos and Mr. Zuluaga may face each other in a runoff on June 15.

The waves of accusations began splashing the candidates about two weeks ago when the influential newsmagazine Semana published an article by the columnist Daniel Coronell, who reported that a Colombian drug kingpin jailed in the United States had told investigators that in 2011 he and three other traffickers had paid a total of $12 million to a close political adviser of Mr. Santos.

The traffickers wanted to cut a deal to turn themselves in and, according to the account, the adviser was paid to carry their message to the president.

The adviser, J. J. Rendón, a Venezuelan-born political consultant who lives in the United States, acknowledged serving as an intermediary but denied taking money. Yet he quickly quit Mr. Santos's campaign, saying that he did not want to become a distraction.

Then the authorities in Bogotá arrested a computer expert working for Mr. Zuluaga's campaign, saying that he was suspected of hacking into government email accounts in an attempt to sabotage the peace process. Mr. Zuluaga's campaign manager was forced to quit.

**9**

**ARTICLES REMAINING**

had been part of a government plot to silence him for his criticism of the peace talks and "to warn any imprudent person of the cost of opposing it."

A day later, Mr. Uribe, in a radio interview, claimed that in 2011 Mr. Rendón had surreptitiously given $2 million to help cover a financing gap in Mr. Santos's 2010 campaign. Mr. Rendón denied the charge.

Analysts said the election may ultimately become a referendum on the peace process, although polls show that most Colombians put the guerrilla war below issues like unemployment, health care and crime on their list of concerns. Yet they said there had been little serious debate about those topics.

"This dirty war has blocked out any debate about issues," said Iván Garzón, a political science professor at the University of the Savannah in Bogotá. "The campaign has come down to a question of personality, of who do you like least, Santos or Zuluaga?"

Susan Abad contributed reporting from Bogotá, Colombia.

A version of this article appears in print on May 16, 2014, on Page A12 of the New York edition with the headline: In Colombia, an Election May Turn on a Dirty War.

© 2017 The New York Times Company

**9**

**ARTICLES REMAINING**