UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-21192-CIV-WILLIAMS

JUAN JOSE RENDON DELGADO,

    Plaintiff,

v.

BLOOMBERG L.P., *et al*

    Defendants.

_____/

## FINAL JUDGMENT

The Court has entered an order granting Defendants Bloomberg L.P., Bloomberg Businessweek, Jordan Robertson, and Michael Riley's motion to dismiss. (DE 66). Accordingly, judgment is **ENTERED** in favor of Defendants Bloomberg L.P., Bloomberg Businessweek, Jordan Robertson, and Michael Riley. Plaintiff Juan Jose Rendon Delgado shall take nothing from his claims.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of September, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE