IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:17-cv-21192-KMW

| | | |
|---|---|---|
| JUAN JOSÉ RENDÓN DELGADO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Notice of Cross-Appeal |
| BLOOMBERG L.P.; BLOOMBERG BUSINESSWEEK; JORDAN ROBERTSON; MICHAEL RILEY; ANDREW WILLIS; and CARLOS MANUEL RODRÍGUEZ, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Notice is hereby given that Bloomberg L.P., "Bloomberg Businessweek,"[1] Jordan Robertson, and Michael Riley, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on September 13, 2019, DE-67, which incorporates the Order Dismissing the Complaint with Prejudice entered on September 13, 2019, DE-66. This appeal is conditional, and the condition would be triggered in the event that the Eleventh Circuit alters the Final Judgment and/or the Order Dismissing the Complaint with Prejudice in such a way that either or both become adverse to the Defendants. *See Hartman v. Duffey,* 19 F.3d 1459, 1465 (D.C. Cir. 1994) ("theory for allowing a conditional cross-appeal is that as soon as the appellate court decides to modify the trial court's judgment, that judgment may become 'adverse' to the cross-appellant's interests and thus qualify as fair game for an appeal"); *see also Carlson v. FedEx Ground Package Sys., Inc.*,

---

[1] The Complaint names as a Defendant "Bloomberg Businessweek," which is not a corporate entity, but rather the trade name of a publication owned by Bloomberg L.P.

787 F.3d 1313, 1329 (11th Cir. 2015) (recognizing the conditional cross-appeal procedure, but finding it unnecessary to address the cross-appeal in that case).

        Respectfully submitted,

        Gunster, Yoakley & Stewart, P.A.

        By    s/ Thomas R. Julin
                Thomas R. Julin & Timothy J. McGinn, Jr.
                Florida Bar No. 325376 & 1000377
                600 Brickell Avenue, Suite 3500
                Miami, FL 33131
                1.305.376.6007 Fax 6010 tjulin@gunster.com

        Willkie Farr & Gallagher LLP

        By    s/ Jeffrey B. Korn
                Jeffrey B. Korn & Jonathan D. Waisnor
                Admitted *Pro Hac Vice*
                787 Seventh Avenue
                New York, NY 10019
                1.212.728.8000 jkorn@willkie.com

        Attorneys for the Defendants

<u>Certificate of Service</u>

I hereby certify that this document, electronically filed with the Clerk of Court through the CM/ECF system on October 23, 2019, will be sent electronically to the registered participants, including Plaintiff's counsel, as identified on the Notice of Electronic Filing.



                                            s/ Timothy J. McGinn
                                              Timothy J. McGinn