UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:17-cv-21192 WILLIAMS/TORRES**

JUAN JOSÉ RENDÓN DELGADO

    Plaintiff,

v.

BLOOMBERG L.P., BLOOMBERG
BUSINESSWEEK, JORDAN ROBERTSON,
and MICHAEL RILEY,

    Defendants,

---

**UNOPPOSED MOTION OF JONATHAN D. WAISNOR TO WITHDRAW
AS ADDITIONAL COUNSEL OF RECORD FOR DEFENDANTS
BLOOMBERG L.P., "BLOOMBERG BUSINESSWEEK,"
JORDAN ROBERTSON, AND MICHAEL RILEY**

2

Pursuant to Local Rule 11.1(d)(3), S.D. Fla. L.R., undersigned counsel, Jonathan D. Waisnor, respectfully files this Unopposed Motion to Withdraw as Additional Counsel of Record for Defendants Bloomberg L.P., "Bloomberg Businessweek," Jordan Robertson, and Michael Riley ("Bloomberg"), and states:

1. Attorney Jonathan D. Waisnor seeks to withdraw as additional counsel of record for Bloomberg because he is leaving Willkie Farr & Gallagher LLP ("Willkie").

2. Jeffrey B. Korn of Willkie and Thomas R. Julin and Timothy J. McGinn of Gunster, Yoakley & Stewart, P.A., will continue to represent Bloomberg in this action. As such, Bloomberg will suffer no prejudice if this Motion is granted.

3. All notices, pleadings and other documents should continue to be served on attorneys Jeffrey B. Korn, Thomas R. Julin, and Timothy J. McGinn.

4. This motion is made in good faith and not for purposes of delay or any other improper purpose.

5. Pursuant to Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Plaintiff Juan José Rendón Delgado on March 17, 2020, regarding the relief requested in this motion. Plaintiff does not oppose said requested relief.

WHEREFORE, Jonathan D. Waisnor respectfully requests that this Court enter an order granting him leave to withdraw as additional counsel of record for Bloomberg L.P., "Bloomberg Businessweek," Jordan Robertson, and Michael Riley in this action, relieving him of any further responsibility regarding this action, and granting such further relief as this Court deems just and proper.

Dated: March 18, 2020

|  |  |
|---|---|
|  | Respectfully submitted, |
| Gunster, Yoakley & Stewart, P.A. | Willkie Farr & Gallagher LLP |
| By  s/ *Timothy J. McGinn*<br>Thomas R. Julin<br>Florida Bar No. 325376<br>Timothy J. McGinn<br>Florida Bar No. 1000377<br>600 Brickell Avenue, Suite 3500<br>Miami, FL 33131<br>(305) 376-6007<br>tjulin@gunster.com<br>tmcginn@gunster.com | By  s/ *Jonathan D. Waisnor*<br>Jeffrey B. Korn<br>Jonathan D. Waisnor<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>jkorn@willkie.com<br>jwaisnor@willkie.com |

Attorneys for Defendants/Appellees/Cross-Appellants Bloomberg L.P., "Bloomberg Businessweek," Jordan Robertson, and Michael Riley

<u>Certificate of Service</u>

I hereby certify that this document, electronically filed with the Clerk of Court through the CM/ECF system on March 18, 2020, will be sent electronically to the registered participants, including Plaintiff's counsel, as identified on the Notice of Electronic Filing.

s/ *Timothy J. McGinn*
Timothy J. McGinn