# EXHIBIT A

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:17-CV-21192-Williams/Torres

| | |
|---|---|
| JUAN JOSÉ RENDÓN DELGADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLOOMBERG L.P.; JORDAN | ) |
| ROBERTSON; and MICHAEL RILEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendants' Requests for Production of
Documents Regarding Citizenship of the Plaintiff

Pursuant to Federal Rule of Civil Procedure 34, Defendants Bloomberg L.P., Jordan

Robertson, and Michael Riley request that, within 30 days of the date of service, Plaintiff Juan

José Rendón Delgado produce for inspection and copying at the offices of Gunster, Yoakley &

Stewart, P.A., 600 Brickell Avenue, Suite 3500, Miami, FL 33131, each of the documents or

categories of documents described hereafter.

Definitions and Instructions

As used in these requests:

(a)     "You" or "your" means Plaintiff Juan José Rendón Delgado and any
persons, agents, representatives, attorneys, consultants, and employees
acting or purporting to act on his behalf.

(b)     "Person" means any individual, firm, partnership, association,
proprietorship, joint venture, corporation, governmental agency, or other
organization or legal or business entity, as well as any agents,
representatives, attorneys, consultants and employees thereof, and all other
persons acting or purporting to act on behalf thereof.

(c)     "Application Country" shall mean each of the "various countries" to which you submitted an immigration application that the Venezuelan government attempted to block, as alleged in paragraph 48 of your Second Amended Complaint.

(d)     "Friendly Country" shall mean each of the "países amigos" ("friendly countries") referenced in the article "El 'apátrida,'"[1] published by Victor Maldonado C. on or about February 26, 2016.

(e)     "Entity" means any firm, partnership, association, proprietorship, joint venture, corporation, governmental agency, or other organization or legal or business entity, as well as any agents, representatives, attorneys, consultants and employees thereof, and all other persons acting or purporting to act on behalf thereof.

(d)     "Communication" means any correspondence, contact, discussion, or exchange between any two or more persons, whether verbally or in hard copy or electronically stored form.  Without limiting the foregoing, "Communication" includes all telephone conversations or face-to-face conversations, meetings, conferences, voicemails, voice messaging systems, text messages, electronic messages, direct messages, messages sent or received through any application, program or website, communications through social media platforms or applications, and any other exchange of information between two or more persons.

(e)     "Document" means the original and any copy (except for identical copies) of any document or thing subject to production under the Federal Rules of Civil Procedure that is in your actual or constructive possession, custody, or control, including any written, printed, recorded, typed, mechanical, electronic, computer stored or graphic matter of any kind, however produced or reproduced, and all drafts thereof.  Any copy containing thereon or attached thereto any alterations, notes, comments, or other material not included in any original or other copy shall not be deemed an identical copy but shall be deemed a separate document within the foregoing definition.

(f)     "Concerning" shall mean concerning; relating to; pertaining to; referring to; reflecting; respecting; representing; constituting; in connection with; including; summarizing; demonstrating; regarding; describing; manifesting; comprising; showing; analyzing; evidencing; not evidencing; delegating from; digesting; establishing; tending to establish; tending not to establish; constituting; embodying; discussing; responding to; commenting on; involving; memorializing; dealing with; disagreeing with; or otherwise

---

[1] Available at: https://runrun.es/opinion/250436/el-apatrida-por-victor-maldonado-c/.

GUNSTER, YOAKLEY & STEWART, P.A. / WILLKIE FARR & GALLAGHER LLP

factually, legally, or logically connected to—whether directly or indirectly.

(g)   "Identify," when used in reference to an individual, means to state his or her full name, present address, if known, telephone number, e-mail address, and present employment position and business affiliation.   When used in reference to an entity, "identify" means to state whether that entity is a corporation, partnership, limited liability company, limited liability partnership, or other organization, and the name and present or last known address of its principal place of business.  "Identify," when used in reference to a Document, means to state the date, author, addressee, type of Document, and any other means of identifying the Document with sufficient particularity to meet the requirements for its inclusion in a request for production of documents pursuant to the Federal Rules of Civil Procedure.

(h)   If you withhold from production or redact one or more responsive Documents on the grounds of privilege, you shall prepare a list of withheld and redacted Documents that sets forth the following information for each Document or redacted portion thereof:

1.   the title or subject matter of each Document;

2.   the type of Document (*e.g.*, letter, memorandum, report, etc.);

3.   whether the Document has attachments or enclosures;

4.   the date of the Document;

5.   the name of the author of the Document;

6.   the name of each recipient of the Document, with recipient names sorted into three categories:  (i) recipients for whom the Document was prepared; (ii) recipients to whom the Document was addressed; and (iii) recipients to whom copies of the Document were sent;

7.   the privilege asserted and the basis for the claim of privilege;

8.   identification of any attorney who authored or received the Document; and

9.   sufficient additional information about the Document to justify your claim of privilege.

(i)   A separate answer shall be furnished for each request.

(j)   Headings are intended solely for convenience and should not be read as altering the substance of any request.

GUNSTER, YOAKLEY & STEWART, P.A. / WILLKIE FARR & GALLAGHER LLP

<u>Requests for Production</u>

1.    <u>Citizenship and Residency Identification Documents</u>.   All Documents and Communications stating your citizenship or residence at any time in or after 2004, including but not limited to a birth certificate, national identity card, driver's license, passport, visa, deed, mortgage, application for financing or employment, business entity formation or registration document, court or agency complaints or filings, tax returns, declarations, affidavits, the travel documents referenced in paragraph 54 of your Second Amended Complaint, and the "Other" identification reflected in section 1 ("Information of the Plaintiff/Complainant") of the "Settlement Agreement Form" you filed with the Eleventh Circuit Court of Appeals as a supplemental authority on July 21, 2021.

2.    <u>Documents Submitted to the U.S</u>.   All Documents and Communications that you have submitted or transmitted to any United States Government agency, court, service, officer, judge, employee, or agent in connection with applying for a visa, passport, or travel document, or determination, change or adjustment of your immigration status, residence, or citizenship, including but not limited to the following:

    a.    Application for Political Asylum or Withholding of Removal;

    b.    U.S. Citizenship and Immigration Service:

        (1)    Form I-94 (Arrival Departure Record)

        (2)    Form I-131 (Application for Travel Document)

        (3)    Form I-589 (Application for Asylum and for Withholding of Removal)

        (4)    Form I-612 (Application for Waiver of Foreign Residence Requirement)

        (5)    Form I-730 (Asylee Relative Petition)

        (5)    Form I-765 (Application for Employment Authorization)

4

       (6)      Form I-918 (Petition for U Nonimmigrant Status)

       (7)      Form AR-11 (Change of Address)

    c.      U.S. Department of State:

       (1)      Form DS-11 (Application for a U.S. Passport)

       (2)      Form DS-260 (Online Immigrant Visa Application)

       (3)      Form DS-160 (Online Nonimmigrant Visa Application)

    d.      U.S. Department of Justice Executive Office for Immigration Review:

       (1)      Form EOIR 33 I/C (Change of Address)

       (2)      Form EOIR 40 (Application for Suspension of Deportation)

       (3)      Form EOIR 59 (Certification and Release of Records)

3.    <u>Documents Received from the U.S.</u>  All Documents and Communications that you have received from any United States Government agency, court, service, officer, judge, employee, or agent concerning an application for a visa, passport, or travel document, or determination, change or adjustment of your immigration status, residence, or citizenship, including but not limited to the following:

    a.      All Documents acting on, granting, or concerning your application for political asylum.

    b.      The "travel permit" referred to in your Motion to File Supplemental Briefs (DE-38 at 3).

4.    <u>Documents Submitted to Mexico.</u>  All Documents and Communications that you have submitted or transmitted to any United Mexican States (Mexico) agency, court, service, officer, judge, employee, or agent in connection with applying for a visa, passport, or travel document, or determination, change or adjustment of your immigration status, residence or citizenship.

5.      <u>Documents Received from Mexico</u>.  All Documents and Communications that you have received from any United Mexican States (Mexico) government agency, court, service, officer, judge, employee, or agent concerning an application for a visa, passport, or travel document, or determination, change or adjustment of your immigration status, residence, or citizenship.

6.      <u>Documents Submitted to Colombia</u>.  All Documents and Communications that you have submitted or transmitted to any Republic of Colombia government agency, court, service, officer, judge, employee, or agent in connection with applying for a visa, passport, or travel document, or determination, change or adjustment of your immigration status, residence or citizenship including but not limited to the Republic of Colombia travel documents and passports referenced in the articles attached as Exhibit 1, 2, and 3 to the Declaration of Timothy J. McGinn (DE-60-1).

7.      <u>Documents Received from Colombia</u>.  All Documents and Communications that you have received from any Republic of Colombia government agency, court, service, officer, judge, employee, or agent concerning an application for a visa, passport, or travel document, or determination, change or adjustment of your immigration status, residence, or citizenship including but not limited to the Republic of Colombia travel documents and passports referenced in the articles attached as Exhibit 1, 2, and 3 to the Declaration of Timothy J. McGinn (DE-60-1).

8.      <u>Documents Submitted to Application Countries</u>.     All Documents and Communications that you have submitted or transmitted to any agency, court, service, officer, judge, employee, or agent of an Application Country in connection with applying for a visa, passport, facility, or travel document, or determination, change or adjustment of your immigration status, residence or citizenship.

9.      <u>Documents Received from Application Countries</u>.   All Documents and Communications that you have received from any government agency, court, service, officer, judge, employee, or agent of an Application Country concerning an application for a visa, passport, facility, or travel document, or determination, change or adjustment of your immigration status, residence, or citizenship.

10.      <u>Documents Submitted to Friendly Countries</u>.  All Documents and Communications that you have submitted or transmitted to any agency, court, service, officer, judge, employee, or agent of a Friendly Country in connection with applying for a visa, passport, facility, or travel document, or determination, change or adjustment of your immigration status, residence or citizenship.

11.      <u>Documents Received from Friendly Countries</u>.   All Documents and Communications that you have received from any government agency, court, service, officer, judge, employee, or agent of a Friendly Country concerning an application for a visa, passport, facility, or travel document, or determination, change or adjustment of your immigration status, residence, or citizenship.

12.      <u>Communications with Venezuela</u>.  All Documents and Communications that you have submitted or transmitted to, or received from, any Bolivarian Republic of Venezuela government agency, court, service, officer, judge, employee, or agent, or purported government agency, court, service, officer, judge, employee, or agent, concerning any or all of your citizenship, your nationality, your Venezuelan passport, the revocation, confiscation, nullification, and/or non-renewal of your Venezuelan passport, your disavowal or attempted disavowal by the Venezuelan government, and your status as a stateless or countryless person, and all Documents concerning such Communications, including but not limited to all administrative acts and decrees concerning

any or all of your citizenship, your nationality, your Venezuelan passport, and your disavowal or attempted disavowal by the Venezuelan government.

13.   <u>Documents Regarding Citizenship Edits to Your Wikipedia Page</u>.  All Documents and Communications concerning the edits Wikipedia editor "Jvrproductions" made to the Wikipedia page concerning you on or about August 24, 2016, including but not limited to all Communications between you and "Jvrproductions" concerning any or all of the following:

a.      "In 2013, the Venezuelan president Nicolás Maduro considered Rendón a 'stateless' person after accused [sic] him to be tied to an audio recording 'widely circulated on social media purports [sic] to be the late Venezuelan leader saying he's still alive.'"

b.      "The Venezuelan government denied him [i.e., you] the fundamental human right to a nationality[.]"

c.      "Rendón [was] born in Venezuela, but he can't obtain a Venezuelan passport."

d.      "He [i.e., you] has claimed to be subjected to several other human rights violations and political persecution."

14.    All Documents and Communications concerning the article "¿Apátrida?"[2] published by Manuel Ferreira G. on or about July 17, 2016, including but not limited to all Communications between you and Manuel Ferreira G. concerning any or all of the following:

a.      "Quiero dedicarle unas líneas cortas pero sentidas a un apátrida solo de facto, ya que su condición no es decisión propia y su ausencia de nacionalidad no ha sido sustentada por proceso alguno, fue impuesta por la fuerza."  ("I want to dedicate a few short but

---

[2]  Available  at:  https://web.archive.org/web/20160825221523/http://manuelferreirag.com/site/ ?name=apatrida; see also DE-33-5 (translation).

heartfelt lines to a de facto stateless person, since his condition is not his own decision and his absence of nationality has not been supported by any process, it was imposed by force.")

      b.    "J.J. Rendón, un estratega político venezolano, con alto reconocimiento mundial, ha sido víctima de una atroz violación de sus derechos humanos por parte del Estado venezolano. Por las vías de la fuerza han pretendido dejarle sin identidad, pues es uno de los pocos venezolanos en el mundo -podría ser el único- al que le han negado su nacionalidad." ("JJ Rendón, a Venezuelan political strategist, with high world recognition, has been the victim of an atrocious violation of his human rights by the Venezuelan State.  By means of force they have tried to leave him without an identity, since he is one of the few Venezuelans in the world - he could be the only one - who has been denied his nationality.")

      c.    "No puede tramitar Cédula de Identidad ni pasaporte, el acceso a la 'justicia' venezolana está restringido para él, y por si fuese poco, este desgobierno lo ha catalogado como enemigo principal de lo que ellos han denominado 'patria'." ("He cannot process an Identity Card or passport, access to Venezuelan 'justice' is restricted for him, and as if that were not enough, this misrule has classified him as the main enemy of what they have called 'homeland.'")

15.    All Documents and Communications concerning the article "El 'apátrida,'"[3] published by Victor Maldonado C. on or about February 26, 2016, including but not limited to all Communications between you and Victor Maldonado C. concerning any or all of the following:

      a.    "El estratega político venezolano tiene años sufriendo la infeliz circunstancia de tener que vivir como un «apátrida»." ("The Venezuelan political strategist [i.e., you] has suffered the unfortunate circumstance of having to live as a 'stateless person' for years.")

---

[3] Available at: https://runrun.es/opinion/250436/el-apatrida-por-victor-maldonado-c/.

      b.     "El ciudadano J.J. Rendón sufre una constante y sistemática persecución que ha pasado por el despojo de su nacionalidad legal porque no cuenta con un pasaporte válido y confiable, porque el régimen se niega a proporcionárselo y porque es público y notorio el ensañamiento contra lo que él es, lo que significa su trabajo y lo que tiene que ser visto como su derecho inalienable a disentir y a luchar por lo que él cree valioso. Dejar a un individuo sin ciudadanía, someterlo al exilio, dejarlo 'en veremos', es un castigo antiquísimo." ("The citizen JJ Rendón suffers a constant and systematic persecution that has led to the dispossession of his legal nationality because he does not have a valid and reliable passport, because the regime refuses to provide it to him and because the cruelty against what he is, what his work means and what has to be seen as his inalienable right to dissent and to fight for what he believes is valuable.  Leaving an individual without citizenship, subjecting him to exile, leaving him 'in [we will] see [status]', is an ancient punishment.")

      c.     "En este caso concreto de J.J. Rendón el calificativo de 'apátrida' lo coloca en un limbo porque por la vía de los hechos 'no está siendo considerado como nacional suyo por Venezuela' y esto se hace al margen de lo establecido en la legislación venezolana.  La nacionalidad y los derechos concomitantes a la identidad, al pasaporte, a la libre movilización le fueron confiscados con el interés de castigarlo, de convertirlo en un paria, de ocasionarle perjuicios y de confinarlo a la fragilidad perenne." ("In this specific case of JJ Rendón, the description of 'stateless' places him in a limbo because by way of facts 'he is not being considered as his national by Venezuela' and this is done outside of what is established in Venezuelan legislation.  The nationality and concomitant rights to identity, passport, free movement were confiscated with the interest of punishing him, of turning him into a pariah, of causing harm and confining it to perennial fragility.")

      d.     "[L]o que es realmente sustancial es que a un ciudadano venezolano se le despoja de su condición y por esa vía se le invalidan todos sus derechos humanos."  ("[W]hat is really substantial is that a Venezuelan citizen is stripped of his status and in this way he is invalidated.")

      e.     "La anulación del pasaporte es solamente un detalle que ha podido salvar gracias a que países amigos –cuyos nombres no pueden hacerse públicos para evitarles las tradicionales arremetidas del régimen- le han concedido salvoconductos humanitarios y algunas facilidades contingentes y provisorias."  ("The annulment of the passport is only a detail that has been saved thanks to the fact that friendly countries – whose names cannot be made public to avoid the traditional attacks of the regime – have granted him humanitarian safe-conducts and some contingent and provisional facilities.")

      f.     "Al «mal nacido» . . . le niegan los beneficios de la nacionalidad y lo persiguen implacablemente por todo el mundo.  ("The 'bad born' . . . they deny him [i.e., you] the benefits of nationality and persecute him relentlessly around the world.")

      g.     "Le estaba diciendo a [Miguel Ignacio Mendoza Donatti] que . . . no era el único tratado como «apátrida» y violado en sus derechos esenciales."  ("He was telling [Miguel Ignacio Mendoza Donatti] that . . . he was not the only one treated as a 'stateless person' and violated in his essential rights.")

      h.     "Y de victorias sabe J.J. Rendón, aunque sigue sin pasaporte, negados sus derechos ciudadanos y perseguido implacablemente."  ("And JJ Rendón knows of victories, although he continues without a passport, denied his citizen rights and relentlessly persecuted.")

16.    All Documents and Communications, including but not limited to all Communications between you and Wesley Tomaselli or any agent or employee of OZY Media,

concerning the following excerpt from the article "Meet Latin America's Most-Feared Election Maven — in Exile,"[4] written by Wesley Tomaselli and published by OZY Media on or about December 15, 2018:  "In 2004, Rendón called fraud on Hugo Chavez's electoral victory, was chased out of his homeland and found himself country-less and in the U.S. with a nullified passport."

17.     Your unpublished book referenced in the article "El 'apátrida,'" published by Victor Maldonado C., and your autobiographical manuscript referenced in the article "Meet Latin America's Most-Feared Election Maven — in Exile," written by Wesley Tomaselli and published by OZY Media.

18.     All Communications with any person, including but not limited to Wikipedia editor "Jvrproductions," Manuel Ferreira G., Victor Maldonado C., Miguel Ignacio Mendoza Donatti, Wesley Tomaselli, and any agent or employee of OZY Media, concerning any or all of your citizenship, your nationality, your Venezuelan passport, the revocation, confiscation, nullification, and/or non-renewal of your Venezuelan passport, your disavowal or attempted disavowal by the Venezuelan government, and your status as a stateless or countryless person, and all Documents concerning such Communications.

19.     All Documents and Communications concerning:

a.     Your disavowal (DE-1 ¶ 50) or attempted disavowal (DE-78 ¶ 50) by the Venezuelan government;

b.     The Venezuelan government's declaration that you are "countryless" (DE-1 ¶ 50);

---

[4] Available at: https://www.ozy.com/news-and-politics/meet-latin-americas-most-feared-election-maven-in-exile/89872/.

GUNSTER, YOAKLEY & STEWART, P.A. / WILLKIE FARR & GALLAGHER LLP

      c.      The Venezuelan government "stripping [you] of [your] fundamental right to citizenship and nationality" (DE-1 ¶ 50);

      d.      The revocation of your Venezuelan passport (DE-1 ¶ 50, DE-78 ¶ 50).

20.      All Documents and Communications, excluding Communications solely with your attorneys, concerning any or all of:

      a.      The defendants' assertions that you are not a citizen of Venezuela;

      b.      Either or both of the defendants' motions to dismiss this action for lack of subject-matter jurisdiction (DE-25, DE-52);

      c.      Your citizenship allegations in this action;

      d.      The defendants' requests to take jurisdictional discovery concerning your citizenship in this action;

      e.      Your declaration dated May 22, 2018 (DE-33-4); and

      f.      Your declaration dated November 13, 2018 (DE-56-1).

21.      All Documents and Communications concerning your statements, made on or before October 2, 2013,[5] that Venezuela "calls [you] countryless" and that you had "bec[o]me countryless without any trial," including but not limited to all transcripts and all drafts of your remarks at the TED[X] UNPlaza event held on or before October 2, 2013.

22.      All Documents and Communications concerning your allegation, in *JJ Rendon & Associates Strategic Creativity, LLC, and Juan José Rendón Delgado v. Roberto Arzu*, No. 1:19-cv-22424-UU (S.D. Fla.) that you are a citizen of the state of Florida, including but not limited to

---

[5] *See* TEDx Talks, *Power of one: JJ Rendon at TEDxUNPlaza 2013*, YouTube (Oct. 2, 2013), https://www.youtube.com/watch?v=o7k2icowDN8.

all Documents and Communications concerning the basis for your assertion, in this action, that

that allegation was a "misunderstanding" or "incorrect assumption" (DE-64 at 2, 3).

23.     All other Documents and Communications concerning any or all of your

citizenship, nationality, and Venezuelan passport, including but not limited to all Documents and

Communications you contend support your allegation that you are a citizen of Venezuela and were

a citizen of Venezuela on March 30, 2017.

                    Gunster, Yoakley & Stewart, P.A.

                    By_____s/ *Thomas R. Julin*_____
                            Thomas R. Julin & Timothy J. McGinn
                            Florida Bar No. 325376 & 1000377
                            600 Brickell Avenue, Suite 3500
                            Miami, FL 33131
                            305.376.6007 Fax 6010
                            tjulin@gunster.com

                    Willkie Farr & Gallagher LLP

                    By_____s/ *Jeffrey B. Korn*_____
                            Jeffrey B. Korn
                            *Admitted Pro Hac Vice*
                            787 Seventh Avenue
                            New York, NY 10019
                            212.728.8000
                            jkorn@willkie.com

                    Attorneys for the Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2022, I electronically served the foregoing document by email on:

IL Young Choi
Choi & Menezes, LLP
1925 Brickell Avenue, Suite D-206
Miami, FL  33129
IYC@choilawfirm.com

Thomas A. Clare, Elizabeth M. Locke & Dustin A. Pusch
Clare Locke LLP
10 Prince Street
Alexandria, VA  22314
tom@clarelocke.com, libby@clarelocke.com &
dustin@clarelocke.com

s/ <i>Timothy J. McGinn</i>
Timothy J. McGinn
