# EXHIBIT B

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:17-CV-21192-Williams/Torres

JUAN JOSÉ RENDÓN DELGADO, )
)
Plaintiff, )
)
v. )
)
BLOOMBERG L.P.; JORDAN )
ROBERTSON; and MICHAEL RILEY, )
)
Defendants. )
______________________________________)

Defendants' First Set of Interrogatories Regarding Citizenship of the Plaintiff

Pursuant to Federal Rule of Civil Procedure 33, Defendants Bloomberg L.P., Jordan Robertson, and Michael Riley request that Plaintiff Juan José Rendón Delgado answer the following interrogatories within 30 days of the date of service.

Definitions and Instructions

As used in these interrogatories:

(a) "You" or "your" means Plaintiff Juan José Rendón Delgado and any persons, agents, representatives, attorneys, consultants, and employees acting or purporting to act on his behalf.

(b) "Person" means any individual, firm, partnership, association, proprietorship, joint venture, corporation, governmental agency, or other organization or legal or business entity, as well as any agents, representatives, attorneys, consultants and employees thereof, and all other persons acting or purporting to act on behalf thereof.

(c) "Application Country" shall mean each of the "various countries" to which you submitted an immigration application that the Venezuelan government attempted to block, as alleged in paragraph 48 of your Second Amended Complaint.

(d) "Friendly Country" shall mean each of the "países amigos" ("friendly

countries") referenced in the article "El 'apátrida,'"[1] published by Victor Maldonado C. on or about February 26, 2016.

(e) "Entity" means any firm, partnership, association, proprietorship, joint venture, corporation, governmental agency, or other organization or legal or business entity, as well as any agents, representatives, attorneys, consultants and employees thereof, and all other persons acting or purporting to act on behalf thereof.

(d) "Communication" means any correspondence, contact, discussion, or exchange between any two or more persons, whether verbally or in hard copy or electronically stored form. Without limiting the foregoing, "Communication" includes all telephone conversations or face-to-face conversations, meetings, conferences, voicemails, voice messaging systems, text messages, electronic messages, direct messages, messages sent or received through any application, program or website, communications through social media platforms or applications, and any other exchange of information between two or more persons.

(e) "Document" means the original and any copy (except for identical copies) of any document or thing subject to production under the Federal Rules of Civil Procedure that is in your actual or constructive possession, custody, or control, including any written, printed, recorded, typed, mechanical, electronic, computer stored or graphic matter of any kind, however produced or reproduced, and all drafts thereof. Any copy containing thereon or attached thereto any alterations, notes, comments, or other material not included in any original or other copy shall not be deemed an identical copy but shall be deemed a separate document within the foregoing definition.

(f) "Concerning" shall mean concerning; relating to; pertaining to; referring to; reflecting; respecting; representing; constituting; in connection with; including; summarizing; demonstrating; regarding; describing; manifesting; comprising; showing; analyzing; evidencing; not evidencing; delegating from; digesting; establishing; tending to establish; tending not to establish; constituting; embodying; discussing; responding to; commenting on; involving; memorializing; dealing with; disagreeing with; or otherwise factually, legally, or logically connected to—whether directly or indirectly.

(g) "Identify," when used in reference to an individual, means to state his or her full name, present address, if known, telephone number, e-mail address, and present employment position and business affiliation. When used in reference to an entity, "identify" means to state whether that entity is a corporation, partnership, limited liability company, limited liability

[1] Available at: https://runrun.es/opinion/250436/el-apatrida-por-victor-maldonado-c/.

partnership, or other organization, and the name and present or last known address of its principal place of business. "Identify," when used in reference to a Document, means to state the date, author, addressee, type of Document, and any other means of identifying the Document with sufficient particularity to meet the requirements for its inclusion in a request for production of documents pursuant to the Federal Rules of Civil Procedure.

(h) A separate answer shall be furnished for each interrogatory.

Interrogatories

1. Identify the Wikipedia editor with the user name "Jvrproductions."

2. Identify each and every Application Country.

3. Identify each and every Friendly Country.

4. Identify each and every attorney and law firm you engaged in connection with applying to the United States Government for a visa, passport, or travel document, or determination, change or adjustment of your immigration status, residence, or citizenship, including but not limited to your Application for Political Asylum or Withholding of Removal.

Gunster, Yoakley & Stewart, P.A.

By s/ *Thomas R. Julin*
Thomas R. Julin & Timothy J. McGinn
Florida Bar No. 325376 & 1000377
600 Brickell Avenue, Suite 3500
Miami, FL 33131
305.376.6007 Fax 6010
tjulin@gunster.com

Willkie Farr & Gallagher LLP

By s/ *Jeffrey B. Korn*
Jeffrey B. Korn
*Admitted Pro Hac Vice*
787 Seventh Avenue
New York, NY 10019
212.728.8000
jkorn@willkie.com

Attorneys for the Defendants

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, I electronically served the foregoing document by email on:

IL Young Choi
Choi & Menezes, LLP
1925 Brickell Avenue, Suite D-206
Miami, FL 33129
IYC@choilawfirm.com

Thomas A. Clare, Elizabeth M. Locke & Dustin A. Pusch
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
tom@clarelocke.com, libby@clarelocke.com &
dustin@clarelocke.com

s/ *Timothy J. McGinn*
Timothy J. McGinn