IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUAN JOSÉ RENDÓN DELGADO,

               Plaintiff,

v.

BLOOMBERG L.P.,

               Defendant.

Case No.   1:17-cv-21192-KMW

**DEFENDANT'S NOTICE OF FILING REDACTED EXHIBIT**

Defendant Bloomberg L.P. ("Bloomberg") gives notice of re-filing as Exhibit 1 a redacted version of Exhibit 1 to the Third Declaration of Jeffrey B. Korn, executed on September 29, 2025 (ECF No. 136-2), pursuant to the Court's paperless order of October 8, 2025 (ECF No. 140).

Respectfully submitted,

Gunster, Yoakley & Stewart, P.A.

By   */s/ Timothy J. McGinn*
      Thomas R. Julin & Timothy J. McGinn
      Florida Bar No. 325376 & 1000377
      600 Brickell Avenue, Suite 3500
      Miami, FL 33131
      305.376.6007 Fax 6010 tjulin@gunster.com

Willkie Farr & Gallagher LLP

By   */s/ Jeffrey B. Korn*
      Jeffrey B. Korn
      *Pro Hac Vice*
      787 Seventh Avenue
      New York, NY 10019
      212.728.8000 jkorn@willkie.com

Attorneys for Defendant

1